UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Atyaf Hussein, | Case No. 23-cv-1735 (DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin J. O'Malley,<br>*Commissioner of Social Security Administration*, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Equal Access to Justice Act Attorney Fees ("Motion") (ECF No. 21). Plaintiff seeks attorneys' fees in the amount of $4,103.75 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA") (*see* ECF No. 22). The Government does not oppose Plaintiff's Motion or the amount requested (*see* ECF No. 24). Based on the parties' agreement, the Court grants Plaintiff's Motion and directs the Government to pay $4,103.75 to Plaintiff's counsel. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fees may be subject to offset or satisfy any preexisting debt that Plaintiff may owe the United States.

**SO ORDERED**.

Dated: February 14, 2024

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge

1